Numrich Arms Corporation, Appellant, v. Varifab, Inc., Respondent.—

1022

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.